UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-07901-CAS-BFM | Date | October 9, 2025 |
|---|---|---|---|
| Title | Prime/Park La Brea Titleholder, LLC v. Anthony Hunter | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** - ORDER TO SHOW CAUSE RE: STATUS AS DEFENDANT AND SUBJECT MATTER JURISDICTION

On June 3, 2025, plaintiff Prime/Park La Brea Titleholder, LLC ("plaintiff") filed this unlawful detainer action against defendant Marion Davis ("Davis") in Los Angeles County Superior Court. Dkt. 1 at 1. Anthony Hunter ("Hunter"), an individual not named in the initial complaint for unlawful detainer, answered the complaint identifying himself as a defendant.[1] Id. at 9-12. Hunter, who is proceeding *pro se*, removed the case to this Court on August 22, 2025. Id. at 1-3. Hunter concurrently filed a request to proceed *in forma pauperis*. Dkt. 3. Hunter asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 2-3 (citing 28 U.S.C. § 1331 and § 1441).

"The removal statute, 28 U.S.C. § 1441, is quite clear that only a 'defendant' may remove the action to federal court." Bush v. Cheaptickets, Inc., 425 F.3d 683, 686 (9th Cir. 2005) (citing Shamrock Oil & Gas Corp. v. Sheets, 313 U.S. 100 (1941)). The Court finds that Hunter is not a named party in this case. See dkt. 7. Unless Hunter can show that he has been added by plaintiff as a defendant in the unlawful detainer action, removal would be improper.

---

[1] Non conformed copies of the summons, complaint and amended answer were attached to the notice of removal as an exhibit. Dkt. 1 at 4-16. The attached summons appears to be addressed to Marion Davis as the only defendant. Id. at 7. The attached complaint does not appear to allege any unnamed Doe defendants or any named defendant other than Marion Davis. See id. at 13. Hunter may inform the Court in response to this order as to whether plaintiff added Hunter as a defendant in the Los Angeles County Superior Court action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-07901-CAS-BFM | Date | October 9, 2025 |
|---|---|---|---|
| Title | Prime/Park La Brea Titleholder, LLC v. Anthony Hunter | | |

Furthermore, even if Hunter is a defendant, it appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against Davis. See dkt. 1 at 1-2. Accordingly, Hunter is hereby ORDERED TO SHOW CAUSE, in writing, on or before **October 23, 2025,** why this case should not be remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

Initials of Preparer         :